Antonio A. GONZALES et al., Appellants,

v.

The STATE of Texas, Appellee.

No. 40279.

Court of Criminal Appeals of Texas.

June 21, 1967.

Tinsman & Cunningham, by Michael B. Hunter, San Antonio, for appellants.

James E. Barlow, Dist. Atty., San Antonio, William W. Morris, Asst. Dist. Atty., San Antonio, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

This is an appeal by Ralph Napier, surety on a bail bond, from a judgment making final a judgment nisi forfeiting such bond.

The bond in the sum of $200 was conditioned that Antonio A. Gonzales appear in County Court at Law No. One of Bexar County to answer a complaint and information charging him with a misdemeanor.

The same questions are presented as in Aguirre et al, v. State of Texas, Tex.Cr.App., 416 S.W.2d 406.

The judgment is affirmed.

CONCURRING OPINION

ONION, Judge.

I concur in the results reached for the reasons set forth in my concurring opinion in Aguirre v. State, Tex.Cr.App., 416 S.W.2d 406.

Jose RODRIGUEZ et al., Appellants,

v.

The STATE of Texas, Appellee.

No. 40280.

Court of Criminal Appeals of Texas.

June 21, 1967.

Tinsman & Cunningham, by Michael B. Hunter, San Antonio, for appellants.

James E. Barlow, Dist. Atty., San Antonio, William W. Morris, Asst. Dist. Atty., San Antonio, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

WOODLEY, Presiding Judge.

This is an appeal by Ralph Napier, surety on a bail bond, from a judgment making final a judgment nisi forfeiting such bond.

The bond in the sum of $300 was conditioned that Jose Rodriguez appear in County Court at Law No. One of Bexar County to answer a complaint and information charging him with a misdemeanor.

The same questions are presented as in Aguirre et al, v. State of Texas, Tex.Cr.App., 416 S.W.2d 406.

The judgment is affirmed.

CONCURRING OPINION

ONION, Judge.

I concur in the results reached for the reasons set forth in my concurring opinion in Aguirre v. State, Tex.Cr.App., 416 S.W.2d 406.